ster & Delaware Blue Stone Company against the city of New York and others. No opinion. Motion denied.

In re VANDERBILT. (Supreme Court, Appellate Division, First Department. April 11, 1902.) In the matter of Cornelius Vanderbilt. No opinion. Reargument ordered only upon the question of the right to deduct from the appraised value of the estate the amount of taxes due to the federal government under the war revenue law of 1898.

VAN ORDEN, Respondent, v. LEDWITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Peter S. Van Orden against Mary Ledwith, individually, etc. No opinion. Order affirmed, with $10 costs and disbursements. See 60 N. Y. Supp. 802.

VON LEHN, Appellant, v. BAUR et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Richard Von Lehn, Jr., against Marie Baur and Gottlieb Baur. No opinion. Judgment of the municipal court affirmed, with costs.

VUOLO, Appellant, v. CITY OF MIDDLETOWN, Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1902.) Action by Joseph Vuolo against the city of Middletown. No opinion. Judgment affirmed by default, with costs.

WADSWORTH, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Joseph Wadsworth against Orin Davis and another. No opinion. Judgment affirmed, with costs.

WALKER, Appellant, v. WALKER, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by William A. Walker against Hattie A. Walker. No opinion. Order affirmed, with $10 costs and disbursements.

WALLACE et al., Respondents, v. McECHRON et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Fanny F. Wallace and another, as executrices, etc., against William McEchron, the International Paper Company, and another. No opinion. Motion denied, without costs.

In re WATERS. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of George B. Waters for a writ of peremptory mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

WATERTOWN PAPER CO. et al., Appellants, v. PLACE, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by the Watertown Paper Company and another against Josiah W. Place, as assignee. J. A. Arnold, for appellants. L. S. Amoreaux, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 57 N. Y. Supp. 1150, 64 N. Y. Supp. 673, and 65 N. Y. Supp. 1150.

WAUGH, Respondent, v. WOODWARD PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Charlotte Waugh, etc., against the Woodward Publishing Company. No opinion. Judgment of the municipal court affirmed, with costs.

WECHSLER, Appellant, v. BISHOP, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by William Wechsler against Clenan Bishop. L. Burke, for appellant. J. O'Neill, for respondent. No opinion. Judgment affirmed, with costs.

In re WEISS. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of William Weiss for admission to the bar. No opinion. Application granted.

WEISSBOUM, Appellant, v. GUTH, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Rose Weissboum against David Guth. PER CURIAM. Order modified, by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order; otherwise, order reversed, and judgment directed on the verdict, with costs, and costs of this appeal.

WENDT et al., Respondents, v. McGOWAN, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Frederick B. Wendt and others against Robert McGowan. E. J. McGanney, for appellant. G. G. F. Wahle, for respondents. No opinion. Judgment affirmed, with costs. See 55 N. Y. Supp. 1151.

WENK, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Theodore Wenk against the city of New York and others. No opinion. Motion granted, and question No. 1, only, certified.

WEST, Appellant, v. FULLER et al., Respondents. (Supreme Court, Appellate Division,